AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC #1010
RECEIVED NOV 7 '23

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-cr-00073 |
| DARIUS QUINCY HODGES | ) Assigned to: Judge Kollar-Kotelly, Colleen |
| | ) Assign Date: 11/6/2023 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Related Case No: 23-cr-00073 (CKK) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DARIUS QUINCY HODGES

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 18 USC § 982(a); 18 USC § 924(d); 21 USC § 853(a) and (p); and 28 USC § 2461(c)

Date: 11/06/2023

2023.11.06
15:30:44 -05'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/9/23, and the person was arrested on *(date)* 11/9/2023
at *(city and state)* Washington, DC

Date: 11/9/23

Adam Cintson
*Arresting officer's signature*

Adam Cintson
*Printed name and title*